STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Harry Karl Burdette
The Glenn Armentor Law Corp.
300 Stewart St.
Lafayette LA 70501


**REHEARING ACTION: June 6, 2018**


**Docket Number: 17   01068-WCA**

**FRANK J. VERRET**
**VERSUS**
**TYSON FOODS, INC.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 15-01869**


<u>**BEFORE JUDGES**</u>:

Hon. Elizabeth A. Pickett
Hon. Billy Howard Ezell
Hon. Candyce G. Perret


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Frank J. Verret** has this day been

**DENIED.**


cc: Jeffrey Charles Napolitano, Counsel for the Appellant